UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KOHUTE,<br>Plaintiff,<br>v.<br>NASA ISS KARLSEN,<br>Defendant. | Case No.: 3:26-cv-00826-MMD-CSD<br><br>**ORDER** |

On October 23, 2026, pro se plaintiff Kevin Kohute, an inmate housed at the Smith County Jail in Texas, submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF Nos. 2-1). Plaintiff has not filed an application to proceed *in forma pauperis* or paid the $405 filing fee.

## I. DISCUSSION

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1.

For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

As explained above, Plaintiff did not pay the $405 filing fee or file an application to proceed *in forma pauperis*. This case cannot proceed until Plaintiff either pays the filing fee in full or files a complete application to proceed *in forma pauperis* using the Court's approved forms.

## II. CONCLUSION

IT IS THEREFORE ORDERED that that Plaintiff has **until December 14, 2026**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Kevin Kohute the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 2-1) but not file it at this time.

DATED: November 13, 2026

UNITED STATES MAGISTRATE JUDGE